# EXHIBIT B

EXHIBIT B



Addison Group

October 23, 2019

Cassidy White
Cassidy.white42@gmail.com

Dear Cassidy:

I am pleased to offer you the position of Recruiter in the Finance and Accounting division of our Chicago office. Your start date will be November 4, 2019. In this role, you will report to me. As a condition of employment, you will be required to sign our standard non-competition, non-solicitation and non-disclosure agreement.

You will receive an annual base salary of $42,000 that is paid in weekly installments, plus commissions and bonuses. Commissions collected on direct-hire or contract-to-hire conversion placements are paid on a monthly basis, after money is received from the client ("money-in"). The typical payout is the second calendar Friday of every month.

For the first 26 weeks (6 months) in your role, you will be eligible for bonuses payable on a monthly basis as outlined below based upon your activity:

| Metric | Weekly Goal | Monthly Goal | Total Potential Monthly Bonus |
|---|---|---|---|
| Candidate Visits | ███ | ███ | ███ |
| Leads | | | |
| Client Submittals | | | |
| Placements | | | |
| Total Monthly Bonus Eligibility | | | ███ |

After the first 26 weeks in your role (through week 52), you will be eligible for bonuses as outlined below based upon your activity:

| Metric | Weekly Goal | Monthly Goal | Total Potential Monthly Bonus |
|---|---|---|---|
| Candidate Visits | ███ | ███ | ███ |
| Leads | | | |
| Client Submittals | | | |
| Placements | | | |
| Total Monthly Bonus Eligibility | | | ███ |

You will meet with your manager on a monthly basis to review your activity. If you achieve 100% of the monthly goal within a given category, you will eligible for the full ███ monthly bonus for that category only.

If you achieve from 80% through 99.9% of the monthly goal within any given category, you will be eligible for the same percentage of the bonus in the category as the percentage achieved (i.e. if you hit 88% of the



initials



**Addison Group**

goal, you will be eligible for 88% of the ▮▮▮ bonus). If you achieve less than 80% of the monthly goal, you will not be eligible for a bonus in that category.

## Monthly Commissions

### Direct Hire Referrals

You will receive 10% of the entire placement fee for job orders and candidates you refer and are filled/placed by any of our other divisions, outside of your immediate team.

### Contract-to-Hire Conversions

You will receive 10% of the entire conversion fee for placements you generate that convert to direct hire.

Commissions and / or bonuses are only paid out to employees who are currently employed with Addison at the time of the commission / bonus processing and payment. Direct hire commissions are not considered to be earned until a) Addison Group receives money in from the Client and b) the candidate satisfies the placement guarantee period.

On your first day, please bring your documentation showing evidence of your identity and authorization to work in the United States, so we can complete your I-9. You will receive an email to your personal email account from SterlingONE with a link to complete your portion of your electronic I-9. Please complete section one, electronically sign, and submit it prior to your first day of work. If you have any questions regarding your documentation or completing the online form, please reach out to the Human Resources department at 312.424.0300.

You will be eligible for medical and dental benefits 60 days from your start date. Please reach out to our Benefits department if you have any questions about your benefits at 312.424.0300.

In addition to the above you are eligible to begin contributing to Addison Group's 401(k) plan beginning the 1st of the month following your 90th day of employment. The first of the month following your one-year anniversary, you will be eligible to receive Addison Group's match of 5% [100% of the first 3%; and 50% of the next 2% of the employee's contribution as defined by the 401(k) Plan].

Addison Group offers a flexible vacation plan to all full time employees. You are eligible to accrue one week of sick time (prorated for first year based on start date). Additionally, you will be eligible to accrue one week (5 days) of vacation time in your first year, with an additional week of vacation for each additional year of employment (up to a maximum of 6 weeks).

Your employment with Addison Group will be on an at-will basis. Consequently, Addison Group may terminate your employment at any time for any reason, just as you may resign at any time for any reason.

Cassidy, all of us at Addison Group feel that you will be a great addition to our team, and we look forward to working with you in developing our Finance and Accounting practice. Please do not hesitate to call me with any questions.

Sincerely,

*Lauren Sherer*
Lauren Sherer
Recruiting Manager

I hereby accept the offer outlined above

*Cassidy White*
Cassidy White

CW
initials

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DocuSign Envelope ID: 74680F2C-DCC4-4DC2-BF43-83B899Z710CA

**EXHIBIT B**



Addison Group

### Addendum to Offer Letter

You hereby represent and warrant that you have informed the Company of any non-competition, non-solicitation, confidentiality or non-disclosure agreement to which you are a party or by which you are bound and have enclosed copies of any such agreements with this executed Offer Letter. Regardless of whether you are bound by the terms of such an agreement, you agree that you will not disclose to the Company or induce the Company to use any confidential, proprietary or trade secret information or material belonging to any previous employer or other person or entity. You further represent and warrant that you have not taken and do not have in your possession any material or information of any kind, whether in hard or electronic copy, belonging to any previous employer. You understand that, if you take or use any confidential information or material from a previous employer, it shall be grounds for immediate termination of your employment, shall result in your obligation to re-pay any signing bonus or other guaranteed amounts, and you shall no longer be entitled to any defense or indemnification from the Company.



initials

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Addison_Marconi_000055