# EXHIBIT C

EXHIBIT C



Addison Group

# Memo

| | |
|---|---|
| **To:** | Cassidy White, Recruiter |
| **From:** | Peg Buchenroth, SVP, Human Resources |
| **Team:** | FAC, Chicago |
| **CC:** | Lauren Sherer, Recruiting Manager |
| **Date:** | October 1, 2020 |
| **Re:** | Compensation Change |

Effective September 28, 2020, your annualized base salary will be $42,000 and is paid in weekly installments, plus commissions and bonuses.

You will be eligible for commissions and bonuses as outlined below:

**Individual Weekly Net Spread**



**Commission Percentage**



## Monthly Commissions
### Direct Hire Referrals
You will receive a 10% split of the entire placement fee for job orders and candidates you refer and are filled/placed by any of our other division, outside your immediate team.

### Contract-to-Hire Conversions
You will receive 10% of the entire conversion fee for placements you generate that convert to direct hire.

## Bonus Compensation

Personal Production Goals - You are eligible for bonuses based on reaching average spread targets each fiscal/calendar quarter. Please note, they are not cumulative. Spread bonuses are paid according to the following schedule:

**Spread    Bonus**



_____
Initials

EXHIBIT C



Commissions and / or bonuses are only paid out to employees who are currently employed with Addison at the time of the commission/bonus processing and payment. Direct hire commissions are not considered to be earned until a) Addison Group receives money in from the Client and b) the candidate satisfies the placement guarantee period.

Your signature below acknowledges this compensation change.


Signature: _____Cassidy White_____        Date: _____10/01/2020_____


_____
Initials

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Addison_Marconi_000096

EXHIBIT C



Addison Group

# Memo

| | |
|---|---|
| **To:** | Cassidy White, Recruiter |
| **From:** | Peg Buchenroth, SVP, Human Resources |
| **Team:** | FAC, Chicago |
| **CC:** | Lauren Sherer, Recruiting Manager |
| **Date:** | September 16, 2020 |
| **Re:** | Compensation Change |

---

Effective November 2, 2020, your annualized base salary will be $42,000 and is paid in weekly installments, plus commissions and bonuses.

You will be eligible for commissions and bonuses as outlined below:

**Individual Weekly Net Spread**



**Commission Percentage**



**Monthly Commissions**

Direct Hire Referrals

You will receive a 10% split of the entire placement fee for job orders and candidates you refer and are filled/placed by any of our other division, outside your immediate team.

Contract-to-Hire Conversions

You will receive 10% of the entire conversion fee for placements you generate that convert to direct hire.

**Bonus Compensation**

Personal Production Goals - You are eligible for bonuses based on reaching average spread targets each fiscal/calendar quarter. Please note, they are not cumulative. Spread bonuses are paid according to the following schedule:

| Spread | Bonus |
|---|---|



Initials

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT C



Commissions and / or bonuses are only paid out to employees who are currently employed with Addison at the time of the commission/bonus processing and payment. Direct hire commissions are not considered to be earned until a) Addison Group receives money in from the Client and b) the candidate satisfies the placement guarantee period.

Your signature below acknowledges this compensation change.

Signature: _____     Date: _____

_____
Initials

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER