# EXHIBIT D

EXHIBIT D

# Transcript: Cassidy White

Use the transcript to manage all active training.

**0 HRS**
AGGREGATE TRAINING COMPLETED

FISCAL YEAR ENDING
**1/1/2024**

COST
**$0.00**

**Search Results (16)**



### On-Boarding Accelerator Program: Accelerator Certification
**Completed** : 3/11/2021    **Status** : Completed    **Training Type** : Online Class



### Phishing Fundamentals
**Completed** : 11/17/2020    **Status** : Completed    **Training Type** : Online Class



### 2020 Your Role: Internet Security and You
**Completed** : 11/17/2020    **Status** : Completed    **Training Type** : Online Class



### Time Status Report Training (Starts 9/21/2020 1:00 PM)
**Completed** : 9/21/2020    **Status** : Completed    **Training Type** : Session



### Recruiter: Asking Power Questions (Starts 4/23/2020 3:00 PM)
**Completed** : 4/23/2020    **Status** : Completed    **Training Type** : Session



### Recruiter Training (Starts 4/20/2020 11:00 AM)
**Completed** : 4/20/2020    **Status** : Completed    **Training Type** : Session



### Producing Efficiently when Working Remotely (Starts 3/18/2020 1:00 PM)
**Completed** : 3/18/2020    **Status** : Completed    **Training Type** : Session

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT D



### Recruiter Field & Forum On-Boarding: December 2019 (Starts 11/21/2019 12:00 AM CST)
Completed : 2/27/2020    Status : Completed    Training Type : Cohort



### Velocity (Starts 1/13/2020)
Completed : 1/13/2020    Status : Completed    Training Type : Session



### Speed to Market Part 1: Candidate List
Completed : 12/9/2019    Status : Completed    Training Type : Online Class



### Bullhorn Contract Recruiter On-Boarding
Completed : 11/26/2019    Status : Completed    Training Type : Curriculum



### General On-Boarding
Completed : 11/26/2019    Status : Completed    Training Type : Curriculum



### Recruiter On-Boarding
Completed : 11/26/2019    Status : Completed    Training Type : Curriculum



### Finance & Accounting 101
Completed : 11/26/2019    Status : Completed    Training Type : Online Class



### Bullhorn: Leads
Completed : 11/15/2019    Status : Completed    Training Type : Online Class



### Equal Pay Law
Completed : 11/8/2019    Status : Completed    Training Type : Online Class

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER